# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

| | |
|---|---|
| **MELANIE ANN KEENER,** | |
| **Plaintiff,** | |
| v. | Civil Action No.: 3:17-CV-156 |
| | (JUDGE GROH) |
| **NANCY A. BERRYHILL** | |
| **ACTING COMMISSIONER OF** | |
| **SOCIAL SECURITY,** | |
| **Defendant.** | |

## REPORT AND RECOMMENDATION

On September 26, 2018, the Court entered an Order to Show Cause and Notice directing Plaintiff to show cause for why her case should not be dismissed for failure to prosecute by October 10, 2018, within fourteen (14) days from the date of the Order, or, in the alternative, to file her motion for summary judgment and any supporting memorandum within the same time. (ECF No. 15).  The Court file indicates that the Plaintiff received the Court's Order and accepted service on September 29, 2018 (ECF No. 16). The Court further gave Plaintiff notice that failure to do so would result in dismissal of this case. Plaintiff has, to date, not filed any response to the Court's Order.

Accordingly, the Court **RECOMMENDS** that the Plaintiff's claim be dismissed for failure to prosecute.

Any party may within fourteen (14) days after being served with a copy of this Report and Recommendation file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection. A copy of such objections should also be submitted to the Honorable Chief Judge Gina Groh, United States District Judge. Failure to timely file objections to the Report and Recommendation

set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation. 28 U.S.C. § 636(b)(1); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); Thomas v. Arn, 474 U.S. 140 (1985).

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to all counsel of record, as applicable. The Clerk of the Court is also **DIRECTED** to mail a copy of this Order to the *pro se* Plaintiff by certified mail, return receipt requested, to her last known address as reflected on the docket sheet.

**IT IS SO ORDERED.**

DATED: October 16, 2018

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE